■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERTRAM DUKE, Appellant. [723 NYS2d 400] —Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered January 12, 1999, convicting him of robbery in the first degree and robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). We further find that the defendant has failed to raise any nonfrivolous issues in his supplemental brief. Bracken, P. J., S. Miller, McGinity and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON FOY, Appellant. [723 NYS2d 391] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), dated October 5, 1998, convicting him of conspiracy in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court's charge regarding his alleged oral statement was proper, and the court correctly refused to provide an additional charge on the issue (*see, People v Sharlow,* 185 AD2d 289).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. S. Miller, J. P., Friedmann, Feuerstein and Schmidt, JJ., concur.